# United States District Court

### For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **MAX L. OAKLEY**<br>**DOB: XX/XX/1944** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 29, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

in or affecting interstate commerce, willfully make a threat and maliciously convey false information knowing the same to be false, by sending emails concerning an alleged attempt to be made to destroy a building, that is, the headquarters of the Council on American-Islamic Relations (CAIR) located at 453 New Jersey Avenue, SE, Washington, DC, by means of an explosive.

in violation of Title __18__ United States Code, Section(s) __844(e)__.

I further state that I am __Dean Harp, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Dean Harp, Special Agent
Federal Bureau of Investigation

AUSA, Catharine A. Hartzenbusch   (202) 353-8822
Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                                City and State

_____   _____
Name & Title of Judicial Officer       Signature of Judicial Officer