Clerk, United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001



FILED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

AUG 2 2 2005


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### 301 West Main Street
### Benton, Illinois 62812
### 618-439-7760

**Norbert G. Jaworski**
**Clerk of Court**

August 17, 2005

Clerk, United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Re:    *USA vs. Max L. Oakley*
       **Your file: 05-0436M-01**
       Our file: **05-MJ-4029-PMF**

Dear Clerk:

Enclosed please find Documents 11 and 12 filed in this district subsequent to the captioned defendant's appearance before Magistrate Judge Philip M. Frazier on August 11, 2005, along with a certified copy of the docket entries.

Please acknowledge receipt of these documents on the attached copy of this letter. Thank you.

Sincerely,

**NORBERT G. JAWORSKI,**
**CLERK OF COURT**

By: **s/ Karen R. Metheney**
       **Deputy Clerk**

Enc.

## Other Events

4:05-mj-04029-PMF USA v. Oakley **CASE CLOSED** on 08/11/2005

### U.S. District Court

### Southern District of Illinois

Notice of Electronic Filing

The following transaction was received from krm. entered on 8/17/2005 at 10:52 AM CDT and filed on 8/17/2005

**Case Name:**     USA v. Oakley
**Case Number:**    4:05-mj-4029
**Filer:**
**Document Number:** 13

**Docket Text:**
Letter from Clerk, SD/IL to Clerk, District of Columbia transmitting Docs. 11 and 12 with certified copy of docket entries. (krm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=8/17/2005] [FileNumber=361620-0]
[d25f0b8a1b53a0b729e400fe74b2d1aa518a8fb71c98516f5341c502e9014c97f948
5157e02412585d5331af0ca3e83a01bb1b9c05b9b484888864cdd0e4e2a1]]

**4:05-mj-4029-1 Notice will be electronically mailed to:**

Melissa A. Day , AFPD    Melissa_Day@fd.org, gail_jones@fd.org

Robert L. Garrison    Robert.L.Garrison@usdoj.gov, Maria.Lanciault@usdoj.gov

**4:05-mj-4029-1 Notice will be delivered by other means to:**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 05 MJ 4029 PMF |
| | ) |
| MAX L. OAKLEY | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE NEXT APPEARANCE DATE

COMES NOW the defendant, MAX L. OAKLEY, through counsel Melissa A Day, Assistant Federal Public Defender for the Southern District of Illinois, and hereby requests this Honorable Court to continue the next appearance date set forth in the Order Setting Conditions of Release. In support whereof, Mr. Oakley states as follows:

1.      Defendant Max L. Oakley was granted a recognizance bond by this Court on August 11, 2005. According to the Order Setting Conditions of Release, Mr. Oakley must appear before the U.S. District Court for the District of Columbia on August 19, 2005.

2.      Following Mr. Oakley's release on August 11, he was admitted to the V.A. hospital for evaluation and treatment. Mr. Oakley is expected to be in the hospital for several days, and at least through Wednesday, August 17, 2005.

3.      Additionally, the parties in this case believe it may be possible to resolve this case by way of a Rule 20 plea within this district. However, it will take some time to work out the legal and logistical details.

I hereby certify and attest that this document, filed on 8/16/05, is a true and correct copy of the electronically filed original.
Date: 8/17/05
Norbert G. Jaworski, Clerk
U.S. District Court
Southern District of Illinois
By: Karen R. Mestreney
Deputy Clerk

4.    Counsel for Mr. Oakley has spoken with counsel for the government and all parties believe that a continuance of the next appearance date would be appropriate in this case. All counsel recommend a setting of September 30, 2005, for the next appearance date.

5.    Counsel has spoken with Mr. Oakley concerning a continuance, and he has no objection to a continuance of this matter, and would waive his right to speedy indictment and/or speedy trial pursuant to 18 U.S.C. § 3161 *et seq.* in order to continue this matter.

WHEREFORE, Defendant Max L. Oakley, respectfully requests this Honorable Court to continue the next appearance date for his appearance before the U.S. District Court for the District of Columbia to September 30, 2005.

Respectfully submitted,


/s/Melissa A. Day
MELISSA A. DAY
Assistant Federal Defender
401 West Main Street
Benton, Illinois  62812
(618) 435-2552

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert Garrison, Assistant U.S. Attorney


/s/Melissa A. Day
MELISSA A. DAY
Assistant Federal Defender

```
MIME-Version:1.0
From:ilsd_nef@ilsd.uscourts.gov
To:ilsd_nef@ilsd.uscourts.gov
Bcc:Maria.Lanciault@usdoj.gov,Melissa_Day@fd.org,Robert.L.Garrison@usdoj.gov,William_S
Message-Id:<361042@ilsd.uscourts.gov>
Subject:Activity in Case 4:05-mj-04029-PMF USA v. Oakley "Motion to Continue"
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of Illinois

Notice of Electronic Filing

The following transaction was received from Day, Melissa entered on 8/16/2005 at 12:27 PM CDT and filed on 8/16/2005

| | |
|---|---|
| **Case Name:** | USA v. Oakley |
| **Case Number:** | 4:05-mj-4029 |
| **Filer:** | Dft No. 1 - Max L. Oakley |
| **Document Number:** | 11 |

**Docket Text:**
MOTION to Continue *Next Appearance Date* by Max L. Oakley. (Day, Melissa)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=8/16/2005] [FileNumber=361040-0]
[cedefb9f51a6523ae7b2ec4c7cecf4a224a6f205ab328f6a9dc6d14b69851957a685
d0106a668e005f6ea0afcdc2748bd32a8435b283586e935c4a94bf0d0880]]

**4:05-mj-4029-1 Notice will be electronically mailed to:**

Melissa A. Day , AFPD    Melissa_Day@fd.org. gail_jones@fd.org

Robert L. Garrison    Robert.L.Garrison@usdoj.gov. Maria.Lanciault@usdoj.gov

William R. Stewart    William_Stewart@fd.org. gail_jones@fd.org

**4:05-mj-4029-1 Notice will be delivered by other means to:**

RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   05 MJ 4029 PMF |
| | ) |
| MAX L. OAKLEY | ) |
| | ) |
| Defendant. | ) |

### ORDER

Pending before this Court is a Motion to Continue the Next Appearance Date in the above-entitled cause filed by the defendant (Document No. 11). Upon a review of this motion, the Court finds that the failure to grant such a continuance in this proceeding would be likely to make a continuation of these proceedings impossible, or would result in a miscarriage of justice. Therefore, this Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, the motion is hereby **GRANTED** and the defendant's next appearance date before the U.S. District Court of the District of Columbia is continued to September 30, 2005. The time from the date of this Order until September 30, 2005, is excludable time for the purposes of speedy trial.

**DATED: August 17, 2005.**

s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

I hereby certify and attest that this document, filed
on _8/17/05_ , is a true and correct copy of the
electronically filed original.

Date: _8/17/05_
Norbert G. Jaworski, Clerk
U.S. District Court
Southern District of Illinois
By Karen R. Mettens
Deputy Clerk

```
MIME-Version:1.0
From:ilsd_nef@ilsd.uscourts.gov
To:ilsd_nef@ilsd.uscourts.gov
Bcc:CMECF_ILSP@ilsp.uscourts.gov,Maria.Lanciault@usdoj.gov,Melissa_Day@fd.org,Robert.I
Message-Id:<361599@ilsd.uscourts.gov>
Subject:Activity in Case 4:05-mj-04029-PMF USA v. Oakley "Order on Motion to Continue"
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Southern District of Illinois

Notice of Electronic Filing

The following transaction was received from krm, entered on 8/17/2005 at 10:43 AM CDT and filed on 8/17/2005

**Case Name:**    USA v. Oakley
**Case Number:**    4:05-mj-4029
**Filer:**
**Document Number:** 12

**Docket Text:**
ORDER granting [11] Motion to Continue as to Max L. Oakley (01). Appearance date in the District of Columbia is continued to 9/30/2005. Signed by Judge Philip M. Frazier on 8/17/2005. (krm)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047403380 [Date=8/17/2005] [FileNumber=361597-0]
[1a90e8930e063d7eccddc0d7477a80db0fe29d9edd1da04d3e11a6c2a21f7e3d7554
a4d9191a0dcb6f6904975b5f07f6c2c53b0e59920d15fd5220a3742f6246]]

**4:05-mj-4029-1 Notice will be electronically mailed to:**

Melissa A. Day , AFPD    Melissa_Day@fd.org, gail_jones@fd.org

Robert L. Garrison    Robert.L.Garrison@usdoj.gov, Maria.Lanciault@usdoj.gov

William R. Stewart    William_Stewart@fd.org, gail_jones@fd.org

**4:05-mj-4029-1 Notice will be delivered by other means to:**

CLOSED

# U.S. District Court
## Southern District of Illinois (Benton)
### CRIMINAL DOCKET FOR CASE #: 4:05-mj-04029-PMF-ALL
#### Internal Use Only

Case title: USA v. Oakley                      Date Filed: 08/08/2005
Other court case number: 05-0436M-01 District of
                         Columbia

Assigned to: Mag Judge Philip M.
Frazier

**Defendant**

**Max L. Oakley** (1)                represented by   **Melissa A. Day, AFPD**
*TERMINATED: 08/11/2005*                             Federal Public Defender's Office -
                                                     Benton
                                                     401 West Main Street
                                                     P.O. Box 1075
                                                     Benton. IL 62812
                                                     618-435-2552
                                                     Email: Melissa_Day@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **William R. Stewart**
                                                     Federal Public Defender's Office -
                                                     Benton
                                                     401 West Main Street
                                                     P.O. Box 1075
                                                     Benton, IL 62812
                                                     618-435-2552
                                                     Email: William_Stewart@fd.org
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                              **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                      **Disposition**

None

**Plaintiff**

**USA**                  represented by **Robert L. Garrison**
Assistant U.S. Attorney - Fairview
Heights
9 Executive Drive
Suite 300
Fairview Heights, IL 62208
Email: Robert.L.Garrison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2005 | ❶1 | Receipt of Criminal Complaint and Warrant in case 05-0436M-01, USA v. Max L. Oakley filed in the District of Columbia alleging a violation of 18 USC 844(e), Threatening and conveying false information by email concerning an alleged attempt to be made to destroy a building by means of an explosive. (krm) (Entered: 08/08/2005) |
| 08/08/2005 | ❶2 | Minute Entry for proceedings held before Judge Philip M. Frazier:Initial Appearance in Rule 5(c)(3) Proceedings as to Max L. Oakley held on 8/8/2005. Attorney William R. Stewart, FPD's office, present for defendant, and FPD's office appointed. Oral waiver of identity hearing. Oral motion for pretrial detention set for 8/11/2005 09:30 AM before Judge Frazier in Benton. (Court Reporter: Elec. (FTR.) (krm) (Entered: 08/08/2005) |
| 08/08/2005 | ❶3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Max L. Oakley. Signed by Judge Philip M. Frazier on 8/8/2005. (krm) (Entered: 08/08/2005) |
| 08/08/2005 | ❶4 | ORDER OF TEMPORARY DETENTION as to Max L. Oakley: Detention Hearing set for 8/11/2005 09:30 AM in Benton Court House before Judge Philip M. Frazier. Signed by Judge Philip M. Frazier on 8/8/2005. (krm) (Entered: 08/08/2005) |

| 08/11/2005 | ●5 | Minute Entry for proceedings held before Judge Philip M. Frazier: Defendant waives preliminary hearing on the Criminal Complaint. Waiver accepted and probable cause found. Detention Hearing held on 8/11/2005. Government's oral motion for pretrial detention denied. Recognizance bond set upon terms and conditions. (Court Reporter Chris Simpson, Northcutt Reporting Service.) (krm) (Entered: 08/11/2005) |
|---|---|---|
| 08/11/2005 | ●6 | WAIVER of Preliminary Hearing by Max L. Oakley. (krm) (Entered: 08/11/2005) |
| 08/11/2005 | ●7 | ORDER Setting Conditions of Release. Signed by Judge Philip M. Frazier on 8/11/2005. (krm) (Entered: 08/11/2005) |
| 08/11/2005 | ●8 | Bond Entered as to Max L. Oakley. (krm) (Entered: 08/11/2005) |
| 08/11/2005 | ●9 | Letter from Clerk, SD/IL to Clerk, District of Columbia transmitting entire original file with certified copy of docket entries. (krm) (Entered: 08/11/2005) |
| 08/11/2005 | | ***Case Terminated as to Max L. Oakley, ***Terminated defendant Max L. Oakley, pending deadlines, and motions. (krm) (Entered: 08/11/2005) |
| 08/15/2005 | ●10 | NOTICE OF ATTORNEY APPEARANCE: Melissa A. Day, AFPD appearing for Max L. Oakley (Day, Melissa) (Entered: 08/15/2005) |
| 08/16/2005 | ●11 | MOTION to Continue *Next Appearance Date* by Max L. Oakley. (Day, Melissa) (Entered: 08/16/2005) |
| 08/17/2005 | ●12 | ORDER granting 11 Motion to Continue as to Max L. Oakley (01). Appearance date in the District of Columbia is continued to 9/30/2005. Signed by Judge Philip M. Frazier on 8/17/2005. (krm) (Entered: 08/17/2005) |
| 08/17/2005 | ●13 | Letter from Clerk, SD/IL to Clerk, District of Columbia transmitting Docs. 11 and 12 with certified copy of docket entries. (krm) (Entered: 08/17/2005) |

CERTIFIED TRUE COPY

By _Karen R. Mechaney_

Deputy Clerk

Date _8/17/05_

RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT